GREGORY B. MOUROUX (CA BAR NO. 231948)
JOHN DI BENE (CA BAR NO. 177359)
AT&T SERVICES, INC. – LEGAL DEPT.
525 Market Street, Suite 2009
San Francisco, CA 94105
Phone: (415) 778-1359
Fax: (415) 882-4458
Email: gm744n@att.com
jdb@att.com

ANDREW C. EMERSON
AARON M. SHANK
PORTER WRIGHT MORRIS & ARTHUR, LLP
41 South High Street
Columbus, OH 43215
Phone: (614) 227-2000
Fax: (614) 227-2100
Email: aemerson@porterwright.com
ashank@porterwright.com

Attorneys for Plaintiff
New Cingular Wireless PCS, LLC d/b/a AT&T Mobility

BRUCE B. JOHNSON, Senior Deputy (CA BAR NO. 142968)
Fresno County Counsel
2220 Tulare Street, Fifth Floor
Fresno, California 93721
Tel: (559) 488-3479
Fax: (559) 488-1900
Email: bjohnson@co.fresno.ca.us

Attorneys for Defendant County of Fresno

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW CINGULAR WIRELESS PCS, LLC, D/B/A AT&T MOBILITY, a Delaware corporation,<br><br>     Plaintiff,<br><br>     v.<br><br>COUNTY OF FRESNO, a California political subdivision,<br><br>     Defendant. | Case No. 1:13-CV-00367-AWI-GSA<br><br>**STIPULATION OF DISMISSAL AND ORDER**<br><br>Judge: Hon. Gary S. Austin<br><br>Complaint Filed: March 13, 2013 |

- 1 -

1   IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated counsel that the above-captioned action be and hereby is dismissed without prejudice
3  pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

5  Dated:  November 4, 2013        AT&T SERVICES, INC. – LEGAL DEPT.

                                   By:  /s/ Gregory B. Mouroux
                                   Gregory B. Mouroux
                                   Attorneys for Plaintiff
                                   New Cingular Wireless PCS, LLC d/b/a AT&T Mobility

Dated:  November 4, 2013           FRESNO COUNTY COUNSEL

                                   By:  /s/ Bruce B. Johnson
                                   Bruce B. Johnson
                                   Attorneys for Defendant
                                   County of Fresno

**ORDER**

IT IS SO ORDERED.

Dated:   November 4, 2013          _____
                                   SENIOR  DISTRICT  JUDGE