GREGORY B. MOUROUX (CA BAR NO. 231948)
JOHN DI BENE (CA BAR NO. 177359)
AT&T SERVICES, INC. – LEGAL DEPT.
525 Market Street, Suite 2009
San Francisco, CA  94105
Phone:   (415) 778-1359
Fax:       (415) 882-4458
Email:   gm744n@att.com
             jdb@att.com

ANDREW C. EMERSON
AARON M. SHANK
PORTER WRIGHT MORRIS & ARTHUR, LLP
41 South High Street
Columbus, OH  43215
Phone:  (614) 227-2000
Fax:      (614) 227-2100
Email:  aemerson@porterwright.com
            ashank@porterwright.com

Attorneys for Plaintiff
New Cingular Wireless PCS, LLC d/b/a AT&T Mobility


BRUCE B. JOHNSON, Senior Deputy (CA BAR NO. 142968)
Fresno County Counsel
2220 Tulare Street, Fifth Floor
Fresno, California 93721
Tel: (559) 488-3479
Fax: (559) 488-1900
Email: bjohnson@co.fresno.ca.us

Attorneys for Defendant County of Fresno

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW CINGULAR WIRELESS PCS, LLC, D/B/A AT&T MOBILITY, a Delaware corporation,<br><br>             Plaintiff,<br><br>     v.<br><br>COUNTY OF FRESNO, a California political subdivision,<br><br>             Defendant. | Case No.  1:13-CV-00367-AWI-GSA<br><br>**STIPULATION OF DISMISSAL AND ORDER**<br><br>Judge: Hon. Gary S. Austin<br><br>Complaint Filed: March 13, 2013 |

- 1 -

1  IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated counsel that the above-captioned action be and hereby is dismissed without prejudice
3  pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

5  Dated:  November 4, 2013         AT&T SERVICES, INC. – LEGAL DEPT.

                                    By:  /s/ Gregory B. Mouroux
                                    Gregory B. Mouroux
                                    Attorneys for Plaintiff
                                    New Cingular Wireless PCS, LLC d/b/a AT&T Mobility

12  Dated:  November 4, 2013         FRESNO COUNTY COUNSEL

                                    By:  /s/ Bruce B. Johnson
                                    Bruce B. Johnson
                                    Attorneys for Defendant
                                    County of Fresno

**ORDER**

IT IS SO ORDERED.

Dated:   November 4, 2013        _____
                                 SENIOR DISTRICT JUDGE